# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott A. Heimermann

Plaintiff

v.

David L. Ramp, John Doe(s), and Jane Doe(s)

Defendants

Case No. Civil 01-437 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Boylan's R&R of 7/31/01 is adopted in its entirety. Defendants' motion to dismiss is granted. This action is dismissed with prejudice. Plaintiff is fined $750.00 as a sanction for the commencement and continued prosecution of a frivolous and vexation lawsuit. In the future, along with the complaint, petition or other initial pleadings Plaintiff may file any state of federal court action, Plaintiff shall submit a complete listing of each and every state and federal action commenced by him, and the disposition of such case, since the date of his conviction on the offenses for which he is currently is incarcerated. A copy of this Court's order in this case shall be provided to the institution at which Plaintiff presently is confined and shall be placed in his permanent file.

DATE: September 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk